IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA HAALAND, et al.,<br><br>Defendants. | **JOINT STIPULATION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**<br><br>Case No. 1:20-cv-03697-RJL |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Center for Biological Diversity; and Defendants Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior; Martha Williams, in her official capacity as Director of the United States Fish and Wildlife Service ("FWS"); Charles "Chuck" Sams III, in his official capacity as Director of the United States National Park Service ("NPS"); FWS; and NPS, (collectively, the "Parties") hereby stipulate to the dismissal of this action without prejudice. The Parties, however, ask that the Court retain jurisdiction for purposes of resolving any motion for attorneys' fees and costs. In support of their stipulation, the Parties state as follows:

1. Plaintiff's amended complaint, ECF No. 33, asserts three claims for relief against Defendants. First, Plaintiff alleges that FWS and NPS are in violation of the Administrative Procedure Act for failure to provide a reasoned analysis following the agencies' decision to discontinue a proposal to develop and implement a grizzly bear restoration plan in the North Cascades Ecosystem. Second, Plaintiff alleges that FWS is in violation of Section 4(f) of the Endangered Species Act ("ESA") for failure to

1

develop and implement a plan for the conservation and survival of grizzly bears. Finally, Plaintiff alleges that FWS and NPS are in violation of ESA Section 7(a)(2) by failing to initiate consultation and ensure that their decision to discontinue the proposed restoration program does not jeopardize the continued existence of grizzly bears.

2. On November 14, 2022, NPS and FWS jointly published the "Notice of Intent to Prepare North Cascades Ecosystem Grizzly Bear Restoration Plan/Environmental Impact Statement, Washington," 87 Fed. Reg. 68,190-92 (Nov. 14, 2022), noting FWS and NPS are preparing an environmental impact statement to determine how to restore grizzly bears to the North Cascades Ecosystem.

3. As such, the Parties respectfully request that the Court dismiss this case as moot. Because the Court did not have an opportunity to reach a decision on the merits of Plaintiff's claims and because mootness could be overcome if the Notice of Intent or subsequent Environmental Impact Statement processes are withdrawn or abandoned, dismissal must be without prejudice. *Wilderness Soc'y v. Salazar*, 603 F. Supp. 2d 52, 72-73 (D.D.C. 2009) ("A dismissal on mootness grounds is without prejudice to future suits on the merits of the same claim.").

In order to provide time for the Parties to confer in an attempt to resolve any claim for attorneys' fees and costs without the need to involve the Court, the Parties stipulate that Plaintiff's motion for attorneys' fees and costs will be filed no later than March 31, 2023, in the event efforts to resolve any such claim are not productive.[1] Accordingly, the Parties

---

[1] By agreeing to this Stipulation, Defendants do not concede that Plaintiff is entitled to attorneys' fees and costs under 16 U.S.C. § 1540(g)(4), or any other fee-shifting provision, or to the amount of any such fees. Defendants do not waive any objection or defense they may have to Plaintiff's claim for attorneys' fees.

stipulate and request an order extending the due date for Plaintiff to file any such motion until March 31, 2023.

Dated:  December 8, 2022                              Respectfully submitted,


/s/ Andrea Zaccardi
Andrea Zaccardi
(Idaho Bar No. 8818)
*Admitted pro hac vice*
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
Tel.: (303) 854-7748
Email: azaccardi@biologicaldiversity.org

/s/ William J. Snape, III
William J. Snape, III
(D.C. Bar No. 455266)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, D.C.  20005
Tel.: (202) 536-9351
Emails:  bsnape@bioogicaldiversity.org
wsnape@wcl.american.edu

*Attorneys for Plaintiff*

TODD KIM, Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
MEREDITH L. FLAX, Assistant Section Chief
Wildlife and Marine Resources Section

*/s/ Davis A. Backer*
Davis A. Backer
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Tel: (202) 514-5243  
Fax: (202) 305-0275  
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*